**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **JESUS ALBERTO HENRIQUEZ LOPEZ,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **CIVIL NO. JKB-26-1191** |
| **KRISTI NOEM, et al.,** | * | |
| **Defendants.** | * | |

* * * * * * * * * * * *

# ORDER

Plaintiff filed suit "to compel action on Plaintiff's I-485, Application to Register Permanent Residence or Adjust Status." (ECF No. 1.) Defendants filed a Motion to Dismiss, arguing that because U.S. Citizenship and Immigration Services has now denied Plaintiff's I-485, this action must be dismissed. (ECF No. 4.) Plaintiff has not filed any opposition, and the time for him to do so has lapsed. Because Plaintiff sought to compel action on his I-485 and Defendants have taken such action, Defendants' Motion to Dismiss will be granted and this case will be closed.

Accordingly, it is ORDERED that:

1. Defendants' Motion to Dismiss (ECF No. 4) is GRANTED.
2. The Clerk is DIRECTED to CLOSE this case.

DATED this 11 day of June, 2026.

BY THE COURT:

James K. Bredar

James K. Bredar
United States District Judge